

1  ALLAN R. FRUMKIN, ESQ. (SB #50543)
   PATRICK RIAZI, ESQ. (SB #224017)
2  LAW OFFICES OF ALLAN R. FRUMKIN, INC.
   5900 King Road
3  Loomis, CA 95650
   Telephone Number (916) 660-9298
4  Facsimile Number (916) 652-7380

5
   Attorney for Creditor
6  Law Offices of Allan R. Frumkin, Inc.

7

8                IN THE UNITED STATES BANKRUPTCY COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11

12 In re:                          | Case Number:     2019-23392
                                   | Chapter:         11
13
   HERBERT EDWARD MILLER,          |
14                                 | DCK NO.:  ARF-01
   Debtor.                         |
15                                 | DECLARATION OF ALLAN R. FRUMKIN
16                                 | IN SUPPORT OF CREDITOR LAW
                                   | OFFICES OF ALLAN R. FRUMKIN'S
17                                 | MOTION TO DISMISS
18                                 | Date:  July 30, 2019
19                                 | Time:  10:30 a.m.
                                   | Dept.:  35
20                                 |        501 I Street, 6th Floor
                                   |        Sacramento, CA 95814
21                                 |        Courtroom 33
22

23    I, Allan R. Frumkin, Esq., declare,

24    1. I am an attorney duly licensed to practice law by the State of California and am

25    authorized to practice before this Court. I am counsel for the secured creditor, Law

26    Offices of Allan R. Frumkin, Inc., in the above captioned matter. I make this declaration

27

28

*In Re: Herbert Edward Miller*

*Motion to Dismiss*

1

based on personal knowledge, and if called as a witness to testify to matters stated herein, I would be willing and competent to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a Grant Deed recorded in Placer County whereby the Debtor was granted an ownership interest in real property located at 11155 Shadow Court, Auburn, California 95602.

3. Attached hereto as Exhibit B is a true and correct copy of a Grant Deed recorded in Placer County indicating the Debtor's ownership interest in a non-disclosed LLC and the transfer of real property located at 3252 Rayall Court, Loomis, California 95650.

4. Attached hereto as Exhibit C is a true and correct copy of a Grant Deed recorded in Sacramento County whereby the Debtor transferred an ownership interest to real property located at 11356 Alta Mesa East Road, Wilton, California 95693.

5. Attached hereto as Exhibit D is a true and correct copy of the California Secretary of State, Articles of Organization for Chino-Whistler, LLC indicating that the Debtor is the sole owner of this LLC.

6. Attached hereto as Exhibit E is a true and correct copy of the California Secretary of State, Statement of Information for Schmook Ranch, LLC, an undisclosed business in which the Debtor has an ownership interest in.

7. The Debtor has simply not been forthcoming with information concerning is income, assets and expenses not listed in the petition while also been misleading about the information concerning his income, expenses and assets listed in the petition. The current bankruptcy was filed in bad faith and the Debtor has not painted a proper picture of his assets, income and expenses making it difficult for creditors to ascertain the true

facts of the case. Ample cause exists for dismissal of this case and this case should be dismissed with prejudice.

8. I believe this 2019 petition was filed in bad faith and an abuse of the bankruptcy process.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Loomis, California on _____ JUN 24 2019 _____ .

_____
Allan R. Frumkin, Esq.