# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re                                         Case No. 20-20175-E-11
                                                Docket Control No. UST-1
HERBERT EDWARD MILLER,

             Debtor.

## ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE

The U.S. Trustee having filed a Motion to Dismiss this Chapter 11 Case and to Impose a One-Year Bar on Debtor Herbert Miller from filing another bankruptcy case, the Court having issued a separate Memorandum Opinion and Decision after hearing, granting the Motion, and good cause appearing;

**IT IS ORDERED** that this Bankruptcy Case is dismissed.

**IT IS FURTHER ORDERED** that Debtor Herbert Miller is barred from commencing a bankruptcy case seeking relief under the United States Bankruptcy Code (11 U.S.C. §§ 101 et seq.) for a period of 180 (one hundred eighty) days from the date of this order, without first obtaining leave to file such case from the Chief Bankruptcy Judge in the District in which Debtor Herbert Miller seeks to file a voluntary bankruptcy case.

In light of this court's Memorandum Opinion and Decision, if the case that Debtor Herbert Miller seeks to file is one under Chapter 11 or Chapter 13, factors in evaluating whether Debtor Herbert Miller seeks to file such a bankruptcy case in good faith should include whether Debtor Herbert Miller can identify the creditors whose claims and rights he seeks to modify through a Chapter 11 or Chapter 13 plan, whether Debtor Herbert Miller has any assets, financial enterprises,

organization or operation, or other that can be reorganized through a Chapter 11 or Chapter 13 plan.

Dated: November 16, 2020

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked _____, via the U.S. mail.

| **Debtor(s)** | **Attorney(s) for the Debtor(s)** (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>Attn: Jason Blumberg, Esq.<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 |
| **Attorney(s) for Trustee** (if any) | |